## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

MARIA VALDOVINES,       )
                         )
          Plaintiff,       )        NO.   CV-11-5020-RHW
                         )
    vs.                )       **JUDGMENT IN A**
                         )         **CIVIL CASE**
MICHAEL J. ASTRUE,       )
Commissioner of Social Security,  )
                         )
         Defendant.      )
                         )
_____ )

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is **REMANDED** to the Commissioner for additional proceedings pursuant to 42 U.S.C. Section 405(g), for consideration of Plaintiff's mental health impairments and re-evaluation of the evidence as directed in the Order Granting Plaintiff's Motion for Summary Judgment filed on 2/07/13 at ECF No. [22].

Defendant's Motion for Summary Judgment is DENIED.  Judgment is entered for Plaintiff.

DATED this 7th day of February, 2013,

                                 SEAN F. McAVOY
                                 Clerk of Court


                                 By:    s/Penny Lamb
                                 Deputy Clerk

cc: all counsel